**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JP MORGAN CHASE BANK, N.A.,     :   No. 906 MAL 2015

         Respondent       :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

         v.                  :

SARA STRANIERI,             :

         Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

      Justice Eakin did not participate in the decision of this matter.